# United States District Court

WESTERN DISTRICT OF WASHINGTON

BANK OF AMERICA, N.A.,

       Plaintiffs,

          v.

GREAT NORTHWEST RESTAURANTS,
INC, a Washington corporation, et al,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5201KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Summary Judgment and Decree of Foreclosure is GRANTED.

November 10, 2009                       BRUCE RIFKIN
                                                             Clerk

                                                          s/ *Traci Whiteley*
                                              By Traci Whiteley, Deputy Clerk