HONORABLE KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BANK OF AMERICA, N.A., | Civil No. C09-5201 BHS |
| Plaintiff, | ORDER CONFIRMING SALE |
| vs. | |
| GREAT NORTHWEST RESTAURANTS, INC., a Washington corporation; BAL GLOBAL FINANCE, LLC, a Delaware limited liability company; UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; CAPTEC FINANCIAL CORPORATION, a Delaware corporation; PACIFIC DINING, INC., a California corporation; SYSCO FOOD SERVICES OF PORTLAND, INC., an Oregon corporation; US EXPRESS LEASING, INC., a New Jersey corporation; REWARDS NETWORK ESTABLISHMENT SERVICES, INC., an Illinois corporation; and STATE OF WASHINGTON, | |
| Defendants. | |

This matter having come on duly and regularly to be considered on the Plaintiff's Motion to Confirm Sale, the Court, having considered the evidence and arguments and being fully advised in the premises, finds that Plaintiff is entitled to an Order Confirming Sale. NOW, THEREFORE, it is HEREBY

ORDERED, ADJUDGED and DECREED as follows:

1. That Plaintiff's motion to Confirm Sale is granted;

2. That the public sale held by the U.S. Marshal of the Western District of

ORDER CONFIRMING SALE
Page 1

Law Offices of
**TURNBULL & BORN,** P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave. Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220

Washington on January 8, 2010, at the Pierce County Superior Court building in Tacoma, Washington, for the following described real property, located in Pierce County, Washington:

> PARCEL A:
> LOT 3 OF PIERCE COUNTY SHORT PLAT RECORDED JULY 7, 1993 UNDER RECORDING NO. 9307070708, IN PIERCE COUNTY, WASHINGTON.
>
> PARCEL B:
> EASEMENT RIGHTS AS DERIVED IN RECIPROCAL PARKING AGREEMENT RECORDED UNDER RECORDING NO. 9310190566;
>
> PARCEL B-1:
> EASEMENT RIGHTS AS DERIVED IN RECIPROCAL EASEMENT AND OPERATION AGREEMENT RECORDED UNDER RECORDING NO. 8305100149.
>
> Assessor's Tax Parcel Numbers 214000-004-3 & 214000-004-4

is approved and confirmed.

DATED this 26th day of February, 2010.

          s/Karen L. Strombom
          KAREN L. STROMBOM
          UNITED STATES MAGISTRATE JUDGE

Presented by:

**TURNBULL & BORN, PLLC**

*/s/ Kevin W. Cure*
Brian M. Born, WSBA 25334
Kevin W. Cure, WSBA 34409
Attorneys for Bank of America

ORDER CONFIRMING SALE
Page 2

Law Offices of
**TURNBULL & BORN, P.L.L.C.**
Commerce Building, Suite 1050
950 Pacific Ave. Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220